TIEGA-NOEL VARLACK (SBN 248203)
VARLACK LEGAL SERVICES
225 W. Winton Avenue, Suite 207
Hayward, CA 94544
Telephone: (510) 397-2008
Fax:            (510) 397-2997
tiega@varlacklegal.com

Attorney for Plaintiff
Jowhar Alsabur

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JOWHAR ALSABUR,<br>            Plaintiff,<br>     vs.<br>AUTOZONE, INC.; and DOES 1 through X,<br>            Defendants | Case No.: C 13-01689 KAW<br><br>STIPULATION TO ALLOW FILING OF FIRST AMENDED COMPLAINT; AND ~~PROPOSED~~ ORDER<br><br>Next Date:   October 15, 2013<br>Time:            1:30<br>Courtroom:   4<br>Magistrate:  Hon. Kandis A. Westmore |
|---|---|

       This stipulation is entered into by Tiega-Noel Varlack of Varlack Legal Services on behalf of Plaintiff Jowhar Alsabur and Michael Hoffman of Arena Hoffman LLP on behalf of Defendant Autozone, Inc.

       It is hereby stipulated that Plaintiff may file a First Amended Complaint that is identical to the present complaint except that the First Amended Complaint will add a cause of action for wrongful termination and include a demand for a jury trial pursuant to FRCP 38(b)(1).

       It is further stipulated that any responsive pleading be filed within 21 days. Defendant reserves all rights to challenge all aspects of the proposed amended pleading, including but not limited to a motion to dismiss, motion to strike, and motion to strike the jury demand.  No portion of this stipulation constitutes approval or consent to any aspect of the

**STIPULATION TO ALLOW FILING OF FIRST AMENDED COMPLAINT-** 1

amended pleading. Defendant merely stipulates to facilitate the process and for the purpose of allowing Plaintiff to avoid filing a motion for leave to amend the pleadings.

A true and correct copy of the proposed First Amended Complaint is attached to this stipulation.

Dated this 29th day of July 2013.

By: _____/s/_____
Tiega-Noel Varlack
Attorney for Plaintiff
Jowhar Alsabur

By: _____/s/_____
Michael Hoffman
Attorney for Defendant
Autozone, Inc.

ORDER

IT IS SO ORDERED that plaintiff may file a First Amended Complaint that is identical to the present complaint except that the First Amended Complaint will add a cause of action for wrongful termination and include a demand for a jury trial pursuant to FRCP 38(b)(1).

DATED: __8/6/13__

_____Kandis Westmore_____
Kandis A. Westmore
United States Magistrate Judge

**STIPULATION TO ALLOW FILING OF FIRST AMENDED COMPLAINT- 2**