TIEGA-NOEL VARLACK, Bar No. 248203
VARLACK LEGAL SERVICES
225 W. Winton Avenue, Suite 207
Hayward, CA 94544
Telephone:   (510) 397-2008
Facsimile:    (510) 397-2997
Email:          tiega@varlacklegal.com

Attorneys for Plaintiff JOWHAR ALSABUR


MICHAEL HOFFMAN, Bar No. 162496
RONALD D. ARENA, Bar No. 218421
ARENA HOFFMAN, LLP
44 Montgomery Street, Suite 3520
San Francisco, CA  94104-4622
Telephone:    415.433.1414
Facsimile:     415.520.0446
Email:           mhoffman@arenahoffman.com
                    rarena@arenahoffman.com

Attorneys for Defendant AUTOZONE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOWHAR ALSABUR,<br><br>                    Plaintiff,<br><br>      v.<br><br>AUTOZONE, INC. and DOES I to X,<br><br>                    Defendants. | **Case No. CV 13-01689 KAW**<br><br>**JOINT STIPULATION TO MODIFY CASE MANAGEMENT AND PRETRIAL ORDER FOR BENCH TRIAL AND [PROPOSED] ORDER** |

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff Jowhar Alsabur and Defendant AutoZone, Inc., hereby stipulate through their respective counsel of record as follows:

WHEREAS on July 9, 2013, the parties submitted a Joint Case Management Statement

1.

ARENA HOFFMAN LLP
44 Montgomery Street
Suite 1200
San Francisco, CA  94104.4622
415.433.1414

JOINT STIPULATION TO MODIFY
CASE MANAGEMENT ORDER                                                                                   CASE NO. CV 13-01689 KAW

(Dkt. No. 11);

WHEREAS, on July 22, 2013, the Court issued a Case Management Order and Pretrial Order for Jury Trial (Dkt. No. 13), setting forth the schedule for this case;

WHEREAS, the parties are in the process of meeting and conferring regarding outstanding discovery issues;

WHEREAS, fact discovery is scheduled to cut-off on December 23, 2013 and plaintiff intends to notice at least six depositions, including depositions of 30(b)(6) witnesses, defendant's employees, agents, and retail managers, and

WHEREAS, the parties intend to file cross motions for Summary Judgment; the parties believe that a modification of the Court's Case Management Order and Pretrial Order for Jury Trial may aid the parties in their efforts to resolve discovery issues and prepare for trial;

NOW THEREFORE the parties through their undersigned counsel hereby stipulate to, and request the Court to order, that the trial date and all associated pre-trial deadlines, as set forth in the parties' Joint Case Management Statement (Dkt. No. 11), the Court's Case Management Order and Pretrial Order for Jury Trial (Dkt. No 13), are modified as follows:

| Event | Current Deadline | Modified Deadline |
|---|---|---|
| Trial | May 5, 2014 | September 5, 2014 |
| Discovery Non-expert | December 23, 2013 | April 23, 2014 |
| Expert Disclosure | December 23, 2013 | April 23, 2014 |
| Rebuttal | January 6, 2014 | May 6, 2014 |
| Expert Discovery Cut-off | January 20, 2014 | May 20, 2014 |
| Last Day to Hear Dispositive Motions | February 20, 2014 | June 20, 2014 |
| Pretrial Conference | April 22, 2014 | August 22, 2014 |
| Meet and Confer Deadline | March 25, 2014 | August 5, 2014 |

2.

**JOINT STIPULATION TO MODIFY**
**CASE MANAGEMENT ORDER**                                               **CASE NO. CV 13-01689 KAW**

ARENA HOFFMAN LLP
44 Montgomery Street
Suite 1200
San Francisco, CA 94104.4622
415.433.1414

| | | |
|---|---|---|
| Joint Pretrial Statement | April 4, 2014 | August 15, 2014 |
| Objections | April 14, 2014 | August 19, 2014 |

**IT IS SO STIPULATED.**

Dated: December 18, 2013

                                    /s/ Tiega-Noel Varlack
TIEGA-NOEL VARLACK
VARLACK LEGAL SERVICES
Attorneys for Plaintiff JOWHAR ALSABUR

Dated: December 18, 2013

                                    /s/Michael Hoffman
MICHAEL HOFFMAN
RONALD D. ARENA
ARENA HOFFMAN LLP
Attorneys for Defendant AUTOZONE, INC.

## ORDER

Pursuant to the stipulation of the parties, the Court modifies the trial date and all associated pre-trial deadlines as follows:

As an initial matter, this is now a bench trial, the length of which will be no more than **5** days.

| Event | Current Deadline | Modified Deadline |
|---|---|---|
| Trial | May 5, 2014 | September 22, 2014 |
| Discovery Non-expert | December 23, 2013 | April 23, 2014 |
| Expert Disclosure | December 23, 2013 | April 23, 2014 |
| Rebuttal | January 6, 2014 | May 6, 2014 |
| Expert Discovery Cut-off | January 20, 2014 | May 20, 2014 |
| Last Day to Hear Dispositive Motions | February 20, 2014 | June 19, 2014 |
| Pretrial Conference | April 22, 2014 | September 9, 2014 |

ARENA HOFFMAN LLP
44 Montgomery Street
Suite 1200
San Francisco, CA  94104.4622
415.433.1414

3.

**JOINT STIPULATION TO MODIFY
CASE MANAGEMENT ORDER**
**CASE NO. CV 13-01689 KAW**

| Meet and Confer Deadline | March 25, 2014 | August 5, 2014 |
| Joint Pretrial Statement | April 4, 2014 | August 15, 2014 |
| Objections | April 14, 2014 | August 27, 2014 |

**IT IS SO ORDERED.**

Dated: January 3, 2014

_____
Honorable Kandis A. Westmore
United States Magistrate Judge

ARENA HOFFMAN LLP
44 Montgomery Street
Suite 1200
San Francisco, CA 94104.4622
415.433.1414

4.

**JOINT STIPULATION TO MODIFY
CASE MANAGEMENT ORDER**

**CASE NO. CV 13-01689 KAW**