Tiega-Noel Varlack, Esq. (SBN 248203)
VARLACK LEGAL SERVICES
Attorneys and Counselors at Law
225 W. Winton Avenue, Suite 207
Hayward, California 94544
Telephone: 510 397.2008
Facsimile: 510 397. 2997
E-Mail Address:  tiega@varlacklegal.com

Attorney for Plaintiff
JOWHAR ALSABUR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOWHAR ALSABUR,

        Plaintiff,

v.

AUTOZONE, INC.; and DOES I through X,

        Defendants.

Case No:  C 13-01689 KAW

**STIPULATION FOR A CONTINUANCE OF THE HEARING OF PLAINTIFF'S MOTION FOR LEAVE TO AMEND THE COMPLAINT; [PROPOSED] ORDER**

Next Date: March 20, 2014
Time: 11:00 a.m.
Courtroom 4
Magistrate: Hon. Kandis A. Westmore

       Pursuant to Civil L.R. 7-12, the parties to this action, by and through their attorneys of record, Michael Hoffman for defendant AUTOZONE, INC. and Tiega-Noel Varlack for plaintiff JOWHAR ALSABUR, agree and hereby stipulate as follows:

       WHEREAS, Plaintiff filed a motion for leave to amend the first amended complaint in this action on February 4, 2014;

       WHEREAS the hearing on said motion is scheduled for March 20, 2014 at 11:00 a.m. in Courtroom 4, and whereas plaintiff's counsel is unable to attend said hearing because she is engaged in jury trial in the case of the *State of California v. Nateel Sharma and Neshal Sharma*, H54257A/B;

**STIPULATION FOR A CONTINUANCE OF PLAINTIFF'S MOTION FOR LEAVE TO AMEND THE COMPLAINT; [PROPOSED] ORDER-**1

WHEREAS, the Court is available to hear the motion for leave to amend the first amended complaint on May 15, 2014 at 11:00 a.m. in ~~Courtroom 4~~ TBD;

IT IS THEREFORE AGREED AND STIPULATED that the Court continue the hearing on said motion to May 15, 2014 as counsel will no longer be engaged in trial and the date is amenable to the parties.

Dated: March 18, 2014

        /s/ Tiega-Noel Varlack
TIEGA-NOEL VARLACK
Attorney at Law

Attorney for Plaintiff,
JOWHAR ALSABUR

Dated: March 18, 2014

By:     /s/ Michael Hoffman
MICHAEL HOFFMAN
Attorney at Law

Attorney for Defendant
AUTOZONE, INC.

**IT IS SO ORDERED.**

Dated: 3/19/14

*Kandis Westmore*
Hon. Kandis A. Westmore
U.S. District Court Magistrate Judge

---

**STIPULATION FOR A CONTINUANCE OF PLAINTIFF'S MOTION FOR LEAVE TO AMEND THE COMPLAINT; [PROPOSED] ORDER-**2