UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOWHAR ALSABUR,<br>   Plaintiff,<br> v.<br>AUTOZONE, INC.,<br>   Defendant. | Case No.  13-cv-01689-KAW<br><br>ORDER REGARDING 5/27/2014 JOINT DISCOVERY LETTER CONCERNING INTERROGATORIES<br><br>Dkt. No. 57 |

  On May 27, 2014, the parties filed a joint discovery letter regarding Defendant Autozone, Inc.'s allegedly deficient responses to Plaintiff's Special Interrogatory Nos. 13, 14, and 24. (Joint Letter, Dkt. No. 57 at 2.)  Defendant, however, contends that the parties did not sufficiently meet and confer before filing the joint letter. (Joint Letter at 1.)  Plaintiff contends that the parties had an "in person discussion regarding discovery disputes occurred on May 15, 2014 during a recess of the 30(b)(6) deposition." *Id.*

  An in person discussion regarding other discovery disputes does not mean that the parties sufficiently met and conferred on the special interrogatories at issue before filing a joint discovery letter.  Further, the parties filed this letter untimely, as the Court's Standing Order requires that a joint letter be filed within five days of the meet and confer regarding the particular discovery dispute. (*See* Judge Westmore's Standing Order ¶ 12.)

  Accordingly, the parties are ordered to further meet and confer regarding the remaining Special Interrogatory Nos. 13, 14, and 27, and to file a joint letter within 14 days of this order if they are unable to resolve their dispute informally.  The letter must be in the following format to ensure that the parties are addressing the same discovery device, and are doing so in a manner that facilitates the Court's resolution of the remaining disputes:

**A. Special Interrogatory No. 13**

[Summarize the issue and reproduce the interrogatory.]

<u>Plaintiff's Position</u>

[Plaintiff's position outlining why Defendant's response is deficient and the relief requested.]

<u>Defendant's Position</u>

[Defendant's rationale as to why it fully responded to the interrogatory, etc.]

**B. Special Interrogatory No. 24**

[Summarize the issue and reproduce the interrogatory.]

<u>Plaintiff's Position</u>

[Plaintiff's position outlining why Defendant's response is deficient and the relief requested.]

<u>Defendant's Position</u>

[Defendant's rationale as to why it fully responded to the interrogatory, etc.]

Additionally, the parties must explain why the Court should not terminate this discovery dispute for failure to file the joint letter within five days of the purported in person meet and confer that occurred on May 15, 2014.

IT IS SO ORDERED.

Dated: June 17, 2014

_____
KANDIS A. WESTMORE
United States Magistrate Judge